Case no 5:22-cv-5026

Lawyer called me and intimidated me by telling me I was going to lose a hell of a lot more money and harassed me by laughing at me.

I am mentally and physically disabled Veteran Do to my brain trama and my ptsd from my military service.

Lawyer thinks I irrigated 3 times I only irrigated once

6 feet of water = 64,152,000 it's impossible for 1 time irrigation. for my house is at the bottom of the culvers